UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| TONY RAMSEK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 3:20-cv-00036-GFVT |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| ANDREW BESHEAR, in his official | ) | |
| capacity as Governor of Kentucky, *et al.*, | ) | |
| | ) | |
| Defendants. | | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** as follows:

1.   Judgment is **ENTERED** in favor of Plaintiffs;

2.   This is a **FINAL** and **APPEALABLE** Judgment and there is no cause for delay;

3.   All issues properly raised herein having been resolved, this action is **DISMISSED**

with prejudice; and

4.   This matter is **STRICKEN** from the Court's active docket.

This the 22d day of August, 2022.

Gregory F. Van Tatenhove
United States District Judge